# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 30, 2009

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

136310(70)(73)(74)

ROBERT HUNTER and LORIE HUNTER,
      Plaintiffs-Appellees,

v

                       SC: 136310
                       COA: 279862
TAMMY JO HUNTER,            Oakland CC: 2006-721234-DC
      Defendant-Appellant,
and

JEFFREY HUNTER,
      Defendant.
_____

      On order of the Chief Justice, the motion by plaintiffs-appellees for extension to January 20, 2009 of the time for filing their brief on appeal is considered and it is GRANTED. The motion by the California Women's Law Center and others for leave to file a brief *amicus curiae* is considered and it is GRANTED. The motion for temporary admission of Amal Bass is considered and it is GRANTED.

      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 30, 2009                                  
                                           Clerk